| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 99CR01341-001-TUC-RCC |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 08 CRIM 329 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: SILVIO REYEZ | | DISTRICT District Of Arizona | DIVISION Tucson |
| | | NAME OF SENTENCING JUDGE Raner C. Collins | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/23/04 — TO 01/22/09 |

*(Stamp: JUDGE JONES)*

| OFFENSE |
|---|
| Title 21, USC § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Marijuana |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Idaho upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2-27-08_
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
Effective Date

_James C. Francis IV_
United States ~~District~~ Judge

*(Stamp: ELECTRONICALLY FILED APR 11)*