# 08 CRIM 323

REQUEST FOR COURT ACTION

| | | |
|---|---|---|
| TO: | MISCELLANEOUS CLERK<br>Clerk's Office (5th Floor) | OFFENSE: Possession with Intent to Distribute Marijuana a Class B Felony (21 USC 841(a)(1) & (b)(1)(B)) |
| | | ORIGINAL SENTENCE: Six (6) yrs. Imprisonment; Supervised Release: Five (5) Years - S/A: $100.00 |
| FROM: | RAYMOND L. GONZALEZ<br>U.S. Probation Officer | SPEC. CONDITIONS: Participation in Substance Abuse Treatment. Submit to Search at the direction of PO. Access to financial information. Prohibited from owning, maintaining or using a firearm. |
| | | AUSA: To be Assigned |
| RE: | REYEZ, Silvio<br>Dkt # | |

DATE OF SENTENCE: December 03, 2001

DATE: April 9, 2008

ATTACHMENTS: Judgement

REQUEST FOR: COURT DIRECTION __



## ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 3, 2001, the above-named individual was sentenced in the District of Arizona outlined in the attached J & C.

On March 20, 2008, we received the Prob. 22's endorsed by the Honorable Raner C. Collins, U.S. District Judge for the District of Arizona, ordering Mr. Reyez' transfer to the SD/NY. At this time, we are requesting that this case be assigned to the SD/NY for acceptance of Transfer of Jurisdiction.

SILVIO REYEZ                                - 2 -                           P33961/R. Gonzalez


Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

                                  Respectfully submitted,

                                  Chris J. Stanton
                                  Chief U.S. Probation Officer

By:      *[signature]*
            Raymond Gonzalez
            U.S. Probation Officer