# United States District Court
## for the
## Southern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Offender: Silvio Reyez                                                                                  Docket Number: 08 CR 323(BSJ)

Sentencing Judge: Hon. Raner C. Collins, U.S. District Judge (D/Az.)

Newly Assigned Judge: Honorable Barbara S. Jones, U.S. District Judge

Date of Original Sentence:     December 3, 2001

Original Offense:    Possess with Intent to Distribute Marijuana, 21 U.S.C. 841 (a)(1)&(b)(B). Class B Felony.

Original Sentence:    Six (6) years imprisonment to be followed by five (5) years of supervised release. A $100 special assessment was imposed.

Type of Supervision:    Supervised Release          Supervision Commenced:    May 2, 2003

Asst. U.S. Attorney:    To be assigned          Defense Attorney:    To be assigned

---

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation
Number        Nature of Noncompliance

1.            ON OR ABOUT FEBRUARY 26, 2008, IN THE BRONX, NEW YORK, SILVIO REYEZ COMMITTED A FEDERAL CRIME, CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND HEROIN, IN VIOLATION OF 21 U.S.C. 841 & 846, A CLASS A FELONY. **MANDATED CONDITION, MANDATORY REVOCATION, GRADE A VIOLATION.**

2             ON OR ABOUT NOVEMBER 15, 2007, IN THE BRONX, NEW YORK, SILVIO REYEZ COMMITTED A STATE CRIME, OPERATING A MOTOR VEHICLE WITH A .08 OF ALCOHOL, IN VIOLATION OF NEW YORK STATE VEHICLE TRAFFIC LAW 1192(02), A CLASS U MISDEMEANOR (THREE COUNTS), DRIVING WHILE UNDER THE INFLUENCE, IN VIOLATION OF NEW YORK STATE VEHICLE TRAFFIC LAW 1192(03), A CLASS U MISDEMEANOR (TWO COUNTS), AND DRIVING WHILE INTOXICATED, IN VIOLATION OF NEW YORK STATE VEHICLE TRAFFIC LAW 1192(01)(TWO COUNTS). **MANDATED CONDITION, GRADE C VIOLATION.**

USDC SDNY
DOCUMENT
ELECTRONICALLY
FILED
DATE FILED: 5/13/08  dw

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        [X]    Revoked
        [ ]    Extended for year(s), for a total term of years.

    The conditions of supervision should be modified as follows:

Respectfully submitted,

by   Raymond Gonzalez
U.S. Probation Officer
(212) 805-5124

Approved By:

Timothy S. Murphy   Date 5/12/08
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant   *to be lodged as a detainer*
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

Date 5/13/08

**TO BE COMPLETED SHOULD THE COURT ORDER THE ISSUANCE OF A SUMMONS**

Date: _____

Time: _____

Place: _____